20147.33247

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | |
|---|---|
| M.Z., (a minor by and through her parent and guardian ad litem, Gentry Zuzunaga),<br><br>    Plaintiff,<br><br>vs.<br><br>GOLETA UNION SCHOOL DISTRICT, and DOES 1-10.<br><br>    Defendant(s). | No. 2:17-CV-08431-AB (GJSx)<br>[*Assigned to Honorable Andre Birotte*]<br><br>JUDGMENT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Having duly considered the issues and evidence presented in support of and opposition to Defendant, Goleta Union School District's Motion for Summary Judgment, finding no material issue of fact therein, and because this Court's independent review of the administrative record finds such record to be thorough and careful with robust support for its finding that Defendant, Goleta Union School District, offered Plaintiff a free appropriate public education in the least restrictive environment, and having duly rendered a decision thereon,

//
//
//

1 | IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits and that defendant, Goleta Union School District, recover its costs.

The Clerk is directed to close the case.

Dated: August 7, 2019

THE HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE